IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OSCAR L. RAMOS MELENDEZ,
Manager of the State Insurance Fund
Corporation; NOEMI TORRES PEÑA

**Plaintiff(s)**

v.

CIVIL NO.   97-2644 (JAG)

THE M/V "EMILY S", etc., et al

**Defendant(s)**

---

METLIFE CAPITAL CORPORATION,

Defendant and Third Party Plaintiff

v.

CARIBBEAN PETROLEUM
CORPORATION

Third Party Defendant

---

**PRE-TRIAL AND SETTLEMENT CONFERENCE REPORT**

On **June 28, 2001**, the Court met with the parties for a Pre-Trial and Settlement conference. Theparties shall file an Amended Joint Pre-Trial Report by **July 16, 2001**. Plaintiff shall tender its expert report, pursuant to Fed. R. Civ. P. 26, by **July 16, 2001**. Defendants shall have until **July 31, 2001** to tender their expert reports. The bench trial in this case is scheduled for **Monday, August 13, 2001**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge