## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

OSCAR L. RAMOS MELENDEZ, Manager of
the State Insurance Fund Corporation; NOEMI
TORRES PEÑA

     **Plaintiff(s)**

**v.**

THE M/V "EMILY S", etc., et al

     **Defendant(s)**

METLIFE CAPITAL CORPORATION,

     Defendant and Third Party Plaintiff

     **v.**

CARIBBEAN PETROLEUM CORPORATION

     Third Party Defendant

**CIVIL NO.**   97-2644 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:**   07/27/01<br>**Title:**  Motion for One Week Extension of<br>Time to Submit Expert Report (by<br>Metlife)<br>**Docket(s):**  30<br>[  ] **Plff(s)**    [ x ] **Dft(s)**    [  ] **Other** | **GRANTED.** |

**Date:**  August 3, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

