IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OSCAR L. RAMOS MELENDEZ, Manager of the State Insurance Fund Corporation; NOEMI TORRES PEÑA

**Plaintiff(s)**

v.

THE M/V "EMILY S", etc., et al

**Defendant(s)**

METLIFE CAPITAL CORPORATION,

Defendant and Third Party Plaintiff

v.

CARIBBEAN PETROLEUM CORPORATION

Third Party Defendant

CIVIL NO.   97-2644 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/27/01<br>**Title:** Motion for an Order Allowing Limited Discovery<br>**Docket(s):** 29<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | Unless the parties can reach mutual agreement on this subject prior to **August 13, 2001**, the motion is **denied**. |

**Date:** August 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge