IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OSCAR L. RAMOS MELENDEZ, Manager of
the State Insurance Fund Corporation; NOEMI
TORRES PEÑA

**Plaintiff(s)**

v.

THE M/V "EMILY S", etc., et al

**Defendant(s)**

CIVIL NO.   97-2644 (JAG)

METLIFE CAPITAL CORPORATION,

Defendant and Third Party Plaintiff

v.

CARIBBEAN PETROLEUM CORPORATION

Third Party Defendant

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/27/01<br>**Title:** Motion Requesting Exclusion of Expert Witness<br>**Docket(s):** 28, 32<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **DENIED.** |

Date:  August 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

