# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

OSCAR L. RAMOS MELENDEZ, Manager of
the State Insurance Fund Corporation; NOEMI
TORRES PEÑA

**Plaintiff(s)**                              CIVIL NO.   97-2644 (JAG)

v.

THE M/V "EMILY S", etc., et al

**Defendant(s)**

---

METLIFE CAPITAL CORPORATION,

Defendant and Third Party Plaintiff

v.

CARIBBEAN PETROLEUM CORPORATION

Third Party Defendant

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/10/01<br>**Title:** Joint Informative Motion, Request for Continuance of Trial and for Fifteen (15) Days to Submit Settlement Stipulation<br>**Docket(s):** 38<br>[ ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** Trial has been continued sine die. Settlement papers are to be filed on or before August 27, 2001. |

Date: August 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

