IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OSCAR L. RAMOS MELENDEZ,
Manager of the State Insurance Fund, et al

**Plaintiff(s)**

CIVIL NO. 97-2644 (JAG)

v.

THE M/V "EMILY S", etc., et al

**Defendant(s)**

## JUDGMENT

Pursuant to the Settlement Agreement and Joint Motion to Dismiss filed by the parties, the Court enters judgment as follows:

1. Plaintiffs' complaint is dismissed with prejudice.

2. Defendant's third party complaint is dismissed with prejudice.

3. Third party defendant's counterclaim is dismissed with prejudice.

4. All remaining claims, if any, are dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge